UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: )
)
BLAKE AUSTIN MEINEKA ) Case No. 24-10829
) Chapter 7
)
Debtor(s) )

### NOTICE OF CHANGE OF ADDRESS

The Debtor(s) hereby enter the following change of address for:

☑ DEBTOR(S)  Blake Austin Meineka

---

Old Address Information:

570 S Julia
Wichita, KS 67209

---

New Address Information:

770 N Silver Springs Blvd Apt 0617
Wichita, KS 67212

---

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Debtors

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main St., Suite 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

Dated: September 12, 2024